UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SIR JORDAN COSBY,

    Plaintiff,

v.     Case No. 16-C-823

TREVOR KLEMMER and
GREGORY PETERSON,

    Defendant.

## ORDER

Plaintiff, Sir Jordan Cosby, an inmate at Waupun Correctional Institution (WCI) filed a pro se civil rights action alleging that two correctional officers violated his constitutional rights by body slamming him face first on to a hard concrete floor resulting in the loss of teeth, a severe laceration on the inside of his lip, and frequent headaches and flashbacks. Pending before the court is the plaintiff's renewed motion for appointment of counsel and the defendant's motion to stay the case and referral to mediation. Defendant also states no objection to the appointment of counsel for purposes of mediation.

Based upon the foregoing, plaintiff's motion for appointment of counsel is granted. The court will attempt to recruit counsel for the limited purpose of representing Cosby at the mediation that the parties have requested.

The motion for a stay is also granted, and this case is, therefore, referred to a Magistrate Judge David E. Jones to conduct mediation proceedings in this case, the particular procedures for which shall be within his discretion.

The parties will be contacted by the assigned magistrate judge once counsel is recruited for the plaintiff. The case shall be returned to me following the mediation effort for further action consistent with the result.

Dated this   25th   day of January, 2017.

        s/ William C. Griesbach
        William C. Griesbach, Chief Judge
        United States District Court